UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAPPINESS GARRIOTT,

    Plaintiff,                    Case No. 21-cv-10166

vs.                                        HON. MARK A. GOLDSMITH

MARTIN LUTHER KING, JR. EDUCATION
CENTER ACADEMY,

    Defendant.
_____/

## ORDER FOLLOWING FINAL PRETRIAL CONFERENCE

The jury trial in this matter will begin on May 2, 2023 at 8:30 a.m. The Court held a final pretrial conference on April 24, 2023. As discussed during the final pretrial conference, the Court orders as follows:

- The parties must deliver to chambers a paper copy of their exhibits in a tabbed binder on or before noon on May 1, 2023. Plaintiff's exhibits must use numbers; Defendant shall use letters.

- The Court will select eight jurors. As the parties agreed during the final pretrial conference, six jurors will be sufficient to reach a verdict, including in the event that one or two jurors are dismissed before delivery of the verdict.

- Each party is allotted (i) up to 20 minutes for voir dire of the initial eight prospective jurors and (ii) up to three minutes for voir dire of each subsequent prospective juror called to replace an excused prospective juror.

- Each side will have the option of exercising up to three peremptory challenges. Each party

may exercise one peremptory challenge at a time, in turn, beginning with Plaintiff. Requests to excuse for cause or for peremptory challenge shall be exercised at a side-bar conference.

- Trial will proceed for full days (8:30 a.m. to 5:00 p.m.) unless otherwise modified.

- Defendant may take the video-recorded de bene esse deposition of Dr. Michael Baghdoian on April 28, 2023, which may be presented at trial in video form. Defendant must present Plaintiff with a copy of the transcript showing the specific lines of questions and testimony that Defendant intends to offer at trial by May 1, 2023 at 3:00 p.m.  By May 3, 2023 at 8:30 a.m., Plaintiff shall furnish to chambers and to Defendant a copy of the transcript showing the lines of questions and testimony Plaintiff intends to offer at trial, along with the portions designated by Defendant.  If there are any disputes regarding the portions to be read, the Court will resolve them on or after May 3, 2023.

- The parties are advised that unless notice of settlement is provided to the Court by April 27, 2023 at 3:00 p.m., they may be responsible for juror costs, which may amount to several thousands of dollars.

SO ORDERED.

Dated:  April 26, 2023                         s/Mark A. Goldsmith
Detroit, Michigan                              MARK A. GOLDSMITH
                                               United States District Judge