UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAPPINESS GARRIOTT,

        Plaintiff,                           Case No. 21-cv-10166

vs.                                  HON. MARK A. GOLDSMITH

MARTIN LUTHER KING, JR. EDUCATION
CENTER ACADEMY,

        Defendant.

_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (DKT. 36)**

      Plaintiff's motion for reconsideration (Dkt. 36) is denied for the reasons set forth on the record at today's hearing.

      SO ORDERED.

Dated:  April 28, 2023           s/Mark A. Goldsmith_____
Detroit, Michigan               MARK A. GOLDSMITH
                         United States District Judge