UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAPPINESS GARRIOTT,

        Plaintiff,                       Case No. 21-cv-10166

vs.                                   HON. MARK A. GOLDSMITH

MARTIN LUTHER KING, JR. EDUCATION
CENTER ACADEMY,

        Defendant.
_____/

## **ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DKT. 34)**

        Plaintiff's motion for protective order (Dkt. 34) is denied for the reasons stated on the record at the April 24, 2023 final pretrial conference.

        SO ORDERED.


Dated:  May 2, 2023                s/Mark A. Goldsmith
Detroit, Michigan               MARK A. GOLDSMITH
                        United States District Judge