UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAPPINESS GARRIOTT,

      Plaintiff,                      Case No. 21-cv-10166

vs.                                HON. MARK A. GOLDSMITH

MARTIN LUTHER KING, JR.
EDUCATION CENTER ACADEMY,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter came on for trial on May 2, 2023, but before the Court brought the summoned jurors into the courtroom for jury selection, the parties placed a settlement on the record. In accordance with the settlement, the Court orders as follows:

1. The case is dismissed with prejudice.

2. This dismissal is without costs or attorney fees, except that the Court assesses juror costs against each party, pursuant to E.D. Mich. LR 38.2 and E.D. Mich. LR 40.2, in the amount of $1,943.86, payable to the Clerk of the Court, within 14 days of today's date.

3. The Court retains jurisdiction to resolve any disagreement regarding the language of the releases to be exchanged, which must be raised by a motion filed no later than seven days from today's date.

4. The case is closed.

SO ORDERED.

Dated: May 3, 2023                     s/Mark A. Goldsmith  
Detroit, Michigan                    MARK A. GOLDSMITH  
                                             United States District Judge